ORDERED.

**Dated:  July 12, 2017**

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
http://www.flmb.uscourts.gov/

In re:                                                    Case No.: **16**-06931-**KRM**
                                                          Chapter 7

Randall Deen
Wendy Deen

DEBTORS                    /

**ORDER GRANTING TRUSTEE'S MOTION**
**TO SELL REAL PROPERTY AND PAY SECURED CREDITORS**
*13303 Waterford Castle Dr, Dade City, FL 33525*

THIS CASE came before the court to consider Chapter 7 Trustee, Traci K. Stevenson's

("Trustee") *Motion to Sell Real Property and Pay Secured Creditors* (the "Motion") (Dkt. No. 26).

The Motion was served upon all interested parties and noticed for hearing date of July 11, 2017.

Accordingly, it is:

**ORDERED** and **ADJUDGED** as follows:

1.      The notice of the Motion is approved as proper and adequate under the

circumstances.

2.      The Motion is GRANTED.

3.      The Trustee is authorized to sell the real property located at:

Lot 38, Block 2, ABBEY GLEN I, according to the plat thereof as recorded in Plat Book 62, Pages 105 through 110, Public Records of Pasco County, Florida.

(the "Real Property"), for $133,000.00, conditioned on the consent of its lienholder(s), and in accordance with the terms provided for in the Motion.

4.    The Trustee is authorized to pay the secured mortgage creditor, Nationstar Mortgage (also known as "Secured Creditor") the full amount of their lien as of the date of closing or other amount agreeable to the Secured Creditor to release their lien.

5.    The Trustee is authorized to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale, including, executing a deed conveying the interests of the Debtor in the Real Property to Michael Nellany (the "Buyer").

6.    Pursuant to Section 363(f) of the Bankruptcy Code, effective upon closing, the sale of the Real Property will vest in the Buyer(s) all right, title and interest of the Debtors and the bankruptcy estate in the Real Property, free and clear of the liens, claims or interests listed below (collectively, the "Affected Interests"):

1.    Randall & Wendy Deen, Debtors, name on deed
2.    Nationstar Mortgage mortgage lienholder

6.    This Order is and shall be effective as a determination that, upon and subject to the occurrence of the closing of the sale, all Affected Interests have been and hereby are adjudged and declared to be unconditionally released as to the Real Property.

7.    The Buyer has not assumed any liabilities of the Debtor.

8.    The Trustee, and any escrow agent upon the Trustee's written instruction, shall be authorized to make such disbursements on or after the closing of the sale as are required by the

purchase agreement or order of this Court, including, but not limited to, (a) all delinquent real

property taxes and outstanding post-petition real property taxes pro-rated as of the closing with

respect to the real property included among the purchased assets; and (b) other anticipated

closing costs (estimated below):

> Total Sales/Brokers Commission:
> 6% to Keller Williams Realty Lakeland                    $7,980*
> *this commission is intended to be shared with a cooperating agent from Broderick & Associates
> and BK Global Real Estate Services.
> Title Charges:                                            $ 2550
> Government recording / transfer charges:                  $931.00
> Nationstar Mortgage (home mortgage servicer)             $ 110,073.34

Without further order of the court, the Trustee is authorized to pay closing costs in amounts

different than the estimated amounts described above so long as they are within industry standard

and with the consent of the lienholder, Secured Creditor and applicable home owners association.

9.      Except as otherwise provided in the Motion, the Real Property shall be sold,

transferred, and delivered to Buyers on an "as is, where is" or "with all faults" basis.

10.      Buyer is approved as a buyers in good faith in accordance with Section 363(m) of

the Bankruptcy Code, and Buyer shall be entitled to all protections of Section 363(m) of the

Bankruptcy Code.

11.      This Court retains jurisdiction to enforce and implement the terms and provisions

of this Order and the purchase agreement, all amendments thereto, any waivers and consents

thereunder, and each of the documents executed in connection therewith in all respects, including

retaining jurisdiction to (a) compel delivery of the Real Property to the Buyer(s), (b) resolve any

disputes arising under or related to the purchase agreement, and (c) resolve any disputes

regarding liens, claims, or interests asserted against the Real Property.

12.      The purchase agreement and any related documents or other instruments may be

modified, amended or supplemented by the parties thereto, in a writing signed by both parties without further order of the Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Debtors' bankruptcy estate.

Traci Stevenson, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.